# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **SHIRLEY REED** | **CASE NO. 2:19-CV-01413** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **SUFFOLK MANOR APARMENTS ET AL.** | **MAGISTRATE JUDGE KAY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 13] of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections;

**IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion to Remand [doc. 8] filed by plaintiff Shirley Reed be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 16th day of July, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**